**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **DE'JOURE MERCER** | **Case No.** ___1:21-cv-1713___ |
| **Plaintiff,** | |
| **v.** | **Judge** _____ |
| **NFL ENTERPRISES LLC, a Delaware** **limited liability company,** | |
| **Defendant.** | |

<u>**APPENDIX TO COMPLAINT**</u>

Pursuant to S.D. Ind. L.R. 5-1(b), Plaintiff, by and through counsel, provides this Appendix of Exhibits to the Complaint.

| Label | Description | Page of Appendix |
|---|---|---|
| *Exhibit A* | Timeline of events prepared by Plaintiff's counsel | 1 |
| *Exhibit B* | Letter from IMPD Firearms Review Board | 2 |
| *Exhibit C* | The NFLE's Website Publication | 3 |
| *Exhibit D* | The NFLE's Twitter Publication with comments redacted | 80 |
| *Exhibit E* | The NFLE's Facebook Publication with comments redacted | 81 |

# EXHIBIT A



**November 10, 2020**
A grandy jury refuses to indict Mercer, and Ms. Khoury and the ISP hold a press conference regarding facts of May 6 Encounter in which Ms. Khoury states that there is no evidence to "indict or accuse" Mercer of wrongdoing.

**June 4, 2020**
Rosemary Khoury Appointed Special Prosecutor in investigate May 6 Encounter.

**September 11, 2020**
NFLE publishes the Say Their Stories Video.

**December 17, 2020**
Jim Irsay publishes tweets terming NFLE's statements "misinformation."

**May 6, 2020**
May 6 Encounter.

**September 19, 2020**
NFLE publishes the Website Publication.

| May 2020 | June 2020 | July 2020 | August 2020 | September 2020 | October 2020 | November 2020 | December 2020 | January 2021 |

**September 12-14, 2020**
Chief Taylor contacts Indianapolis Colts Head Coach regarding falsity of Say Their Stories Video.

**December 16, 2020**
NFLE publishes its Twitter Publication and Facebook Publication.

1



**Randal Taylor**
**Chief of Police**
50 North Alabama Street
Indianapolis, IN 46204

**Indianapolis Metropolitan**
**Police Department**
**City of Indianapolis**

January 13, 2021

Officer Dejoure Mercer
Indianapolis Metropolitan Police Department
Indianapolis, Indiana

RE: Officer Involved Shooting
LOCATION: 62nd and Michigan Rd

Officer Mercer,

Members of the Indianapolis Metropolitan Police Department Firearms Review Board convened on December 16, 2020, to hear testimony from you, Homicide and Internal Affairs investigators assigned to review this Officer Involved Shooting.

The Firearms Review Board found the discharge of your weapon to be in compliance with IMPD General Order 1.3, Use of Force.  I concur with this finding; therefore, no further action will be taken in this matter.

Sincerely,

Chief Randal Taylor

EXHIBIT C

 NFL                                    Draft   NFL Shop   ☰

**Photos Home**    100 Greatest Photos    Game Galleries



# Inspire Change: Say Their Stories

During the 2020 NFL season, players wore helmet decals to honor victims of systemic racism, victims of police misconduct, and social justice heroes. Read on to learn more.

                               



## 1 / 87



**Watch:** Alvin Kamara talks about why he is choosing to honor Ahmaud Arbery on the field.
Click here to see the players and coaches who will be honoring Ahmaud Arbery.



## 2 / 87



**Sunrise date:** July 20, 2002
**Sunset date:** May 16, 2010
**Hometown:** Detroit, MI
**From Dominika Stanley (Mother):** I would like Aiyana to be remembered as the loving, caring little girl that she was who made every one smile soon as she walked in a room.
Click here to view the players and coaches who will be honoring Aiyana Stanley-Jones.

Courtesy photo



**Akai Gurley**

## 3 / 87



**Sunrise date:** November 12, 1986
**Sunset date:** November 20, 2014
**Hometown:** Brooklyn, NY by way of Saint Thomas, U.S. Virgin Islands
**From Sylvia Palmer (Mother):** Akai Gurley. The Ambassador, The Protector. {Ambassador: mediator for peace and stability.} From a young age, Akai performed this role between his siblings when they had disputes. When as children, they knew they messed up, Akai was up in our faces to soften us up. If he succeeded, he knew there would be no punishment or its severity would be less. He always protected his little sister, Akisha, and his female cousins. God is great to give him two daughters, Akilah and Kamiah, to protect. The great spirit of Akai lives on..Amen.
Click here to see the players and coaches who will be honoring Akai Gurley.

Courtesy photo





**4 / 87**

**Sunrise date:** February 2, 1996
**Sunset date:** March 19, 2017
**From Yolanda Woods (Mother):** Alteria was a beautiful shining light to all who knew her. She was intelligent, courageous, kindhearted, ambitious, and beautiful, inside and out. She touched and brightened the lives of many. She wasn't afraid to dream big and had a full life ahead. #SayHerName ALTERIA WOODS
Click here to see the players and coaches who will be honoring Alteria Woods.

Courtesy photo

6

Inspire Change Say Their Stories



**Althea Bernstein**

## 5 / 87



**Hometown:** Madison, WI
**From Althea Bernstein:** I want people to know that what happened to me will forever affect me. I dream of a day where the systems of our country cherish and celebrate all the beautiful shades our world has.
Click here to see the players and coaches who will be honoring Althea Bernstein.

Courtesy photo



**6 / 87**



**Sunrise date:** June 14, 1979
**Sunset date:** July 5, 2016
**Hometown:** Baton Rouge, LA
**From Quinyetta Mcmillon (Mother of Alton Sterling's Oldest Son):** Alton was a very caring man who loved his children dearly and was the best CD man in the Baton Rouge area.
Watch: Tyrann Mathieu shares Alton Sterling's story.
Click to view the players and coaches who will be honoring Alton Sterling.



## 7 / 87



**Sunrise date:** September 2, 1975
**Sunset date:** February 4, 1999
**Hometown:** Bronx, NY by way of Liberia, West Africa
**From Kadiatou Diallo (Mother):** I always find tremendous pleasure in sharing Amadou with the world! Amadou Diallo had a very gentle spirit—generous, full of life, and with a sense of humour and wisdom that was way above his years. He enjoyed reading and eating, he thought of himself as a "connoisseur" of good food. Amadou was a global citizen—I guess that was from being exposed to so many different cultures and people at an early age. Born in Liberia, West Africa on September 2, 1975, Amadou completed his primary education in Togo where the family migrated to when he was 7; and his secondary education in both Thailand and Singapore. By the time Amadou completed high school, he was fluent in five languages including French, Thai, English and Spanish.

Amadou emigrated to the US, in September of 1996, immediately after his 21st birthday and began working hard to save up to pursue a degree in Computer Science. The last time I spoke with my son, Amadou let me know that he had earned and saved up enough money for college, $9000, and was ready to enroll. Amadou was killed 3 days later on February 4th 1999 by four white NYPD officers—the officers fired 41 shots at him . Our lives were forever changed!

In cementing Amadou's dream and legacy, I founded The Amadou Diallo Foundation to give young people, especially of African descent, the opportunity to obtain a college education and realize their purpose, an opportunity that Amadou was denied. The mission of the Amadou Diallo Foundation is to advocate for racial equity and promote educational opportunities, especially for people of African descent. Our goal is to empower young people as future leaders and change agents in promoting social and racial equity.

Click here to see the players and coaches who will be honoring Amadou Diallo.

**Get involved:** www.amadoudiallo.org

Courtesy photo



### Antronie Scott

**8 / 87**



**Sunrise date:** December 7, 1979
**Sunset date:** February 4, 2016
**Hometown:** San Antonio, TX
**From Dianne Peppar (Mother):** Antronie was a loving father, husband and son. Antronie was a kind person with a giving heart. Antronie loved his family and enjoyed living life.
Click here to see the players and coaches who will be honoring Antronie Scott.

Courtesy photo



Antwon Rose II

**9 / 87**



**Sunrise date:** July 12, 2000
**Sunset date:** June 19, 2018
**From Michelle Kenney (Mother):** Antwon was kind, loving and so funny. He had a smile that would light up a room. He played a variety of sports and musical instruments. Antwon's hobbies were skiing, snow boarding, drawing and skateboarding. When Antwon was 14 and too young to work he decided to wear a suit to his interview for volunteer work at the FreeStore15104. We miss him dearly and his lack of presence in our family dynamic has been heartbreaking. I still see his smiling face – that's what makes him special.
Click here to view the players and coaches who will be honoring Antwon Rose II.

Courtesy photo



**Atatiana Jefferson**

## 10 / 87



**Sunrise date:** November 28, 1990
**Sunset date:** October 12, 2019
**Hometown:** Ft. Worth, TX
**From Ashley Carr (Sister):** Atatiana was extraordinary. She conquered EVERY obstacle that was thrown at her with poise, grit, and grace. Atatiana was a big dreamer, so much so that she was striving to be a doctor. Not just A doctor but THE doctor who would find the cure for diabetes; a disease she learned to live with as an adolescent. On October 12, 2019, those dreams were shattered and taken from her, her family, her community, and the world.
Click here to see the players and coaches who will be honoring Atatiana Jefferson.
**Get involved:** www.atatianaproject.org

Courtesy photo

12



## 11 / 87



**Sunrise date:** January 20, 1974
**Sunset date:** November 9, 2014
**Hometown:** Lansing, MI
**From Deborah Carter (Mother):** Aura had a magnetism no one could resist. Her artistic skills with a brush and a pen exemplified her as totally talented, uniquely undefinable, and amazingly abstract. Aura's spirit and love of people will live on through the three children she left behind.
Click here to see the players and coaches who will be honoring Aura Rosser.

Courtesy photo

13



**12 / 87**



**Sunrise date:** April 10, 1960
**Sunset date:** December 26, 2015
**Hometown:** Chicago, IL
**From Anthony Jones (Son):** I would like the world to know that my mother was a true angel that was heaven sent to this earth to have such a wonderful impact on her family, friends, and pretty much anyone she ever encountered. She was always willing to help or even give her last just to make sure the ones that were in need at the time were satisfied even if she didn't have it to spare. That alone speaks volumes of what type of person my mother Bettie JONES was while she was here on this earth with us, so me and my family would like to ask that everyone that knew her or only knew of her to remember her for these earthly deeds spoken here in this very moment. Thank you.
Click here to see the players and coaches who will be honoring Bettie Jones.

Courtesy photo

14



## 13 / 87



**Sunrise date:** October 5, 1921
**Sunset date:** November 27, 2007
**From Bill Jr., Clem & Dan Willis (sons):** Bill Willis was a true gentleman, stellar athlete, and generational talent who was fully committed to his family as well as his teammates. With the support and acceptance of his fellow players, he weathered the many insults, injuries and indignities hurled at him during an era when players wore leather helmets, no face masks, and Blacks were not welcomed in the game. He was pioneer in that, soon after World War II, he and three other African-American players helped to break the black/white color barrier and re-integrate the segregated professional football league which for many years prohibited African-Americans from participating. Because of his prowess and gentlemanly demeanor both on and off the playing field, he helped open the doors for others (minorities) to participate in professional football and other professional sports. He was inducted into both the College Football Hall of Fame (The Ohio State University) and the National Football Hall of Fame (Cleveland Browns). After his retirement from the Browns 1954 he went on to focus on helping youth and young adults as Cleveland's assistant recreation commissioner and later set his focus on helping disadvantaged and troubled youth as the chairman of the Ohio Youth Commission. His collaboration with judges around the state to ensure that incarcerated youth received the opportunity to earn and secure a high school diploma was one of his many hallmark contributions.
Click here to see the players and coaches who will be honoring Bill Willis.

Courtesy photo

15



## 14 / 87



**Sunrise date:** September 29, 1991
**Sunset date:** September 6, 2018
**Hometown:** Dallas, TX by way of St. Lucia
**From Allisa Findley (Sister):** I would like the world to remember Botham as a kind-hearted, loving person who gave all what he could to those most vulnerable till the day he died. Botham was a tissue donor and in death, ensured others in need were taken care of.
Click here to see the players and coaches who will be honoring Botham Jean.

Courtesy photo

16



## 15 / 87



**Sunrise date:** June 5, 1993
**Sunset date:** March 13, 2020
**Hometown:** Louisville, KY
**From Tamika Palmer (Mother):** I want Breonna to be remembered as a goal getter, an encourager, and overall loving person. She was very family oriented and loved being around people. She always pushed people around her to be the best person they could be.
Click here to see the players and coaches who will be honoring Breonna Taylor.

Courtesy photo



**16 / 87**



**Sunrise date:** June 14, 1993
**Sunset date:** December 3, 2019
**Hometown:** Kansas City, MO
**From Laurie Bey (Mother):** Cameron, known as CD, had a special bond with his sons. He was a momma's boy and loved being in the company of family and friends of all ages. His life was short but purpose filled with love, fun, and many interests - music, old school, sports, and cars. He loved Chevy's so much that his boys called him Chevyboy. He was probably KC CHIEF'S most ardent fan, predicting a Super Bowl win (He loved Patrick Mahomes.) He had an entrepreneurial spirit and decided to couple his love for helping others with his passion for fixing cars. He had a tattoo "God's Gift" on his hand, which became the inspiration for the name of his auto repair that he called Cam's Gifted Hands. I would like my son to be remembered for his love for Jesus Christ his personal savior, love for his sons, family, and friends. I can hear him saying LOVE, PEACE, & SOUL, ERRBODY!
Click here to see the players and coaches who will be honoring Cameron Lamb.

Courtesy photo

18



**17 / 87**



**Sunrise date:** September 5, 2000
**Sunset date:** October 17, 2018
**Hometown:** San Antonio, TX
**From Patricia Castillo and Bernice Roundtree, Mothers:** Charles "Chop" Roundtree, Jr. was a loving son, brother, friend and an avid sports fan. Charles was only 18 when he was killed but his plans for the future were already being made. Charles was a very happy kid who was always the life of the party. Our holidays are no longer the same without Charles.
Click here to see the players and coaches who will be honoring Charles Roundtree Jr.

Courtesy photo

19



## Christian Taylor

### 18 / 87



**Sunrise date:** October 13, 1995
**Sunset date:** August 7, 2015
**Hometown:** Mansfield, TX
**From Tina Taylor (Mother):** My son, Christian Taylor, was free-spirited and very compassionate. He would always put others before himself and had a special place in his heart for those less fortunate. He always wanted to see other people happy. Click here to see the players and coaches who will be honoring Christian Taylor.
**Get involved:** NowIAmChristianTaylorFoundation

Courtesy photo

20



Coach Jon Russell

19 / 87

Click here to see the players and coaches who will be honoring Coach Jon Russell.



Corey Jones

20 / 87

21



**Sunrise date:** February 3, 1984
**Sunset date:** October 18, 2015
**From Clinton Jones (Father):** How do I want my son..how do I want Corey remembered? Not as a mere memory. Corey was so much more than that. A day was so much brighter just because he was in it. Corey's life was poetry expressed in so many ways to so many people. There was an art to the way he touched and shared his kindness with others. He's the friend that shows up in your life as easy as awakening in the morning.."Let me help you with that"..sharing the load, seeing you through a rough patch and your biggest cheerleader when the way is smooth and clear. Corey was music and musical. He loved music and his instrument of choice were the drums. Corey could beat time to any music, moment or song. The rhythm was like breathing for him. There is no way I can hear music without feeling him. I would like my son remembered for his kindness towards others. Teacher, mentor, friend, Drummer.
Click here to see the players and coaches who will be honoring Corey Jones.



Cornelius Fredericks

## 21 / 87



**Sunrise date:** August 6, 2003
**Sunset date:** May 1, 2020
**From Tenia Goshay (Aunt):** Corn was a fun, loving gentle giant! He had a light that could've shined bright if it wasn't cut so short!
Click here to see the players and coaches who will be honoring Cornelius Fredricks.
**Get involved:** friendsoffosterkids.org

Courtesy photo

22







**Born:** May 29, 1970
**Hometown:** Winona, MS
**From Curtis Flowers:** I am so blessed, humbled and thankful that the NFL and Roc Nation chose to include me to be honored in today's movement for social change and justice. I am a life-long lover of the NFL and the work this organization does in our society. Thanks to my Lord, Jesus Christ, my family, friends, supporters and my dream legal team for this opportunity. I continually think about all of the men and women who are still unjustly incarcerated. The time is now to make things right! What better partners to have, who make a difference, than the NFL and Roc Nation. Thank you and be blessed. Click here to see the players and coaches who will be honoring Curtis Flowers.
**Get involved:** https://innocenceproject.olemiss.edu

Courtesy photo



DJ Henry

**24 / 87**



**Sunrise date:** October 29, 1989
**Sunset date:** October 17, 2010
**Hometown:** Easton, MS
**From Danroy Henry Sr. and Angella Henry, Parents:** DJ was a man of immense faith. He was a loving son and great big brother with a gentle spirit and a giving heart. He was a leader in his community. We'd like him to be remembered as someone who could light up a room with his smile and hugs. DJ often gave of himself and resources when no one was watching. We honor that generous trait in our daily living.

Courtesy photo



## 25 / 87



**Sunrise:** August 14, 1977
**Sunset:** August 12, 2014
**Hometown:** Compton, CA
**From Bianca Carlisle-Parker (Wife):** "I would like him to be remembered as a hardworking devoted husband and father. Always willing to help anyone in need."
Click here to see the players and coaches who will be honoring Dante Parker.

Courtesy photo



## 26 / 87



**Sunrise date:** September 13, 1996
**Sunset date:** January 21, 2020
**Hometown:** Dallas, TX
**From Kevin E. Tarver (Father):** Darius was a caring person, who believed in serving others and he was determined to make a difference in people's lives. He studied hard and worked hard, even earned two degrees. His final degree was a BS In Criminal Justice, his final accomplishment. He was a kind soul that others could come talk to and he never judged. He had a smile that would light up even the darkest room. He was a well-respected, very loved, amazing young man to all that knew him.
Click here to see the players and coaches who will be honoring Darius Tarver.

Courtesy photo



**27 / 87**



**Sunrise date:** October 29, 1942
**Sunset date:** June 2, 2020
**From Ann Dorn (Wife):** David was the most fun loving man you could ever meet. His smile lit up a room and he was the life of a party. David was a man of God and dedicated his life to serving his community as a Police Officer for 44 years. He moved up through the ranks and retired after 38 years as a Captain with the St Louis Metropolitan Police Department. Then decided to start a second career as the Chief with the Moline Acres Police Department for another 6 years. David loved his family. He loved to travel. He loved his dogs and he loved football!!
**Get involved:** backstoppers.org
Click here to see the players and coaches who will be honoring David Dorn.

27



**28 / 87**



**Sunrise date:** January 9, 2009
**Sunset date:** July 4, 2020
**Hometown:** Washington, DC
**From Crystal McNeal (Mom and #1 Fan):** Davon is smart and intelligent. My son loved school and he also loved football and his family. My son is different, he ain't no regular 11 year old. My baby kept a smile on his face and he loved to dress up. He was a protector, he loved hard, and he took up for his friends and his family. He hated when people tried to bully someone, and he would take up for them. When he walked in a room full of people, he would hug and brighten up everyone's day. I miss him so much. I will never be the same.

Click here to see the players and coaches who will be honoring Davon McNeal.

Courtesy photo



29 / 87

Click here to see the players and coaches who will be honoring Denmark Vesey.

Denmark Vesey

Dennis 'Ballie' Browning Jr.

30 / 87

29

Click here to see the players and coaches who will be honoring Dennis 'Ballie' Browning Jr.



## 31 / 87

**Sunrise date:** October 2, 1993
**Sunset date:** June 23, 2016
**Hometown:** Atlanta, GA
**From Melva Rogers (Mother):** A violation of human rights and civil rights is a crime and should be justified accordingly. My son DERAVIS CAINE ROGERS departed from this world with his rights totally violated by his own community service person FOR NO JUSTIFIABLE REASON. He was 22 years old. He was murdered by an Ex-police officer of the Atlanta Police Department in June of 2016. Google will tell you more about that officer. His name does not deserve to be mentioned. The officer was fired, indicted for Murder and is currently awaiting trial. In honor of my son's life, his story will be told and justice will be done in Atlanta.

Caine was a martyr. He was a BIG BROTHER to all of us. Caine was highly intelligent and focused on being the best. He never gave up even taking his last breath. Caine was a strong man. Caine was an achiever, who at all times remained positive about his young life. We raised our son to be a God fearing man, being baptized at the age of 7. Throughout school age years, Caine was very optimistic. He played the trumpet in his high school's band and was a member of Future Seekers of America, an organization that provides young members roads to success. Nothing in this world could ever bring Caine back to us, but I pray every day that his death be NOT IN VAIN. Therefore, I personally would like to see CHANGE. I PRAY THIS DOES NOT Happen to another family regardless of race, Creed, religion, other. Human Rights Matter. Civil Rights matter. #justiceforCAINE.

Click here to see the players and coaches who will be honoring Deravis Caine Rogers.

Courtesy photo



**Dion Johnson**

## 32 / 87



**Sunrise date:** July 28, 1991
**Sunset date:** May 25, 2020
**Hometown:** Phoenix, AZ
**From Erma Johnson (Mother):** My son, Dion Johnson, was such an inspiration to so many people and was loved by so many. He was so handsome. His smile was a beautiful light of joy and when he entered the room, he brought so much joy. Dion was a blessed, genuine person that would help anyone especially the elderly and babies, his heartbeat. He was so brilliant, he had a heart of gold, was so kind and gentle, and was a gentleman with his music on the way up. He was an inspirational song and rap artist. He loved his music and had so much artistic talent. Dion always wanted to see you happy and that would make his day. He will truly be missed. They took my king all to soon. He was and should still be here but my king will live on. Rest in heaven my Deemaster, rest well. I will always love you!!!
Click here to see the players and coaches who will be honoring Dion Johnson.
**Get involved:** www.nokidhungry.org

Courtesy photo

31



### 33 / 87



**Sunrise date:** June 16, 1998
**Sunset date:** May 6, 2020
**From Demetree Wynn (Mother):** He deserves justice! He was a human being, a son, a brother, and a friend. He is my son and I love him.
Click here to see the players and coaches who will be honoring Dreasjon Reed.

Courtesy photo

32



34 / 87



Click here to see the players and coaches who will be honoring Elijah McClain.

Courtesy photo



## 35 / 87

**Sunrise date:** June 18, 1997
**Sunset date:** November 22, 2018
**Hometown:** Hueytown, AL
**From April Pipkins (Mother):** Emantic (EJ) was a caring, loving and joyous young man who enjoyed life. His life was centered around helping people and uplifting the spirits of those he encountered.
Click here to see the players and coaches who will be honoring Emantic "EJ" Bradford.

Courtesy photo



INSPIRE CHANGE · NFL

Emerson Crayton

## 36 / 87

Click here to see the players and coaches who will be honoring Emerson Crayton.



## 37 / 87



**Sunrise date:** July 25, 1941
**Sunset date:** August 28, 1955
**Hometown:** Chicago, IL
**From Deborah Watts (Cousin):** Emmett Till, a 14 year old, vibrant, fun loving, clever, secure, confident, responsible, handsome young man, a natural born leader and peacemaker. He had a deep sense of justice. Emmett looked forward to a life of opened doors that was filled with his hopes and dreams. He had a gift of making others laugh and was destined to serve and protect others and his country. After visiting relatives in Mississippi in the summer of 1955, he innocently whistled at a white store clerk, Carolyn Bryant and was later kidnapped, brutally beaten, lynched, shot and murdered by several men. Only her husband, Roy Bryant, and his half brother, J. W. Milan, were tried but later acquitted of all charges by an all white jury. A few months later, they were paid by a journalist to share their story in Look magazine, each admitting to the murder of Emmett Till. His mother, Mamie Till Mobley courageously decided to have an open casket funeral so the world could see what they did to her son. In her words.... "His death was the spark that ignited the Civil Rights movement. The viciousness of the crime and the inhumane treatment of my 14 year old son was so horrific that the world stopped in its tracks to see what manner of men were these to kill my son. Not only that but, the cover was pulled off of Mississippi and other states so all could see how one group of people was suffering at the hands of a so called superior group who had the power to manipulate a cowardly reign of terror." "Emmett's road was paved in blood....Until justice and tolerance prevail his blood will continue to cry out." In this turbulent walk to freedom we know his death will not be in vain.
Click here to see the players and coaches who will be honoring Emmett Till.
**Get involved:** emmetttilllegacyfoundation.com

Courtesy photo



**38 / 87**

Click here to see the players and coaches who will be honoring Enosa "EJ" Strickland.



**39 / 87**

**Sunrise date:** September 15, 1970
**Sunset date:** July 17, 2014
**Hometown:** Staten Island, NY
**From Gwen Garner (Mother):** Eric was a person that loved people and football. He was always willing to help even if he wasn't asked. I want him to be remembered for his good deeds and selfless attitude.
Click here to see the players and coaches who will be honoring Eric Garner.

Courtesy photo



**40 / 87**

Click here to see the players and coaches who will be honoring Eurie Stamps Sr.



**41 / 87**



**Sunrise date:** August 16,1989
**Sunset date:** April 19, 2015
**Hometown:** Baltimore, MD
**From Fredericka Gray (Twin Sister):** Freddie had a good heart and loved his family & friends.
Click here to see the players and coaches who will be honoring Freddie Gray.

Courtesy photo



## 42 / 87



**Sunrise date:** October 14, 1973
**Sunset date:** May 25, 2020
**Hometown:** Houston, TX
**From Bridgett Floyd (Sister):** My brother, George Perry Floyd Jr., was affectionately known as Big Floyd, Perry, and The Gentle Giant. He cared deeply for his family and friends. His passion for sports and music motivated him to overcome many life obstacles. He used his life lessons to help empower everyone around him. He was the voice and the change in his community. It was his goal to touch the world.

Despite his premature death, my brother left a legacy that will continue to empower many generations to come. His legacy will live on through The George Floyd Memorial Foundation which will continue to promote global awareness about racial injustice and provide opportunities for others to contribute to the unification of our communities. Through the foundation we will Be The Voice. Be The Change. Be his Legacy.

Click here to see the players and coaches who will be honoring George Floyd.

Courtesy photo



**India Kager**

**43 / 87**



Click here to see the players and coaches who will be honoring India Kager.

Courtesy photo



**Jacob Blake**

## 44 / 87



Click here to see the players and coaches who will be honoring Jacob Blake.

Courtesy Photo



Jamal "Tank" Goodman

## 45 / 87



**Sunrise date:** February 13, 1997
**Sunset date:** June 23, 2020
**From Jea Reese (Mother):** I would like the world to know that Jamal "Tank" at the young age of 23 was someone who contributed to the good of this world, in all things he set an example and he made time for those he loved and cared about. Jamal shared my passion for education and I shared his love for football. I would like to create a foundation in his honor. This foundation would address gun violence prevention and justice reform. I would like to partner with some of his youth, high school and college coaches to host football camps. All proceeds will go toward college bound student athletes from urban areas.
Click here to see the players and coaches who will be honoring Jamal "Tank" Goodman.
**Get involved:** savantprepacademy.com

Courtesy photo

41



### 46 / 87



**Sunrise date:** June 1, 1997
**Sunset date:** December 14, 2019
**From Kimberly Austin (Mother):** He was a kind and gentle soul, very soft spoken, and very highly driven and goal-oriented person who was thriving to reach his goal of being a business owner and give back to his community. He had a personality and smile that lit up the room when he entered and his absence is felt by everyone whom he came in contact with.
Click here to see the players and coaches who will be honoring Jamee Johnson.

Courtesy photo

42



James Scurlock

**47 / 87**



Click here to see the players and coaches who will be honoring James Scurlock.

Courtesy photo



Janisha Fonville

## 48 / 87



**Sunrise date:** March 3, 1994
**Sunset date:** February 18, 2015
**Hometown:** Charlotte, NC
**From Paris Hopkins (Cousin):** I want everyone to know her name and say her name Janisha fonville. She was killed for no reason and never had justice.
Click here to see the players and coaches who will be honoring Janisha Fonville.

Courtesy photo



Jason St. Julien

## 49 / 87

**Sunrise date:** September 15, 1982
**Hometown:** St. Martinville, LA
**From Jason St. Julien:** Racism and discrimination are real; they are not historical or theoretical concepts. That reality is neither lessened nor diminished by the mere fact that a specific person or group of persons have not personally experienced racism and discrimination.
We are at a decisive moment in the course of human history. We are at the "tipping point". There is a critical mass of human beings, world-wide, who are not willing to accept the status quo as it relates to race relations. Together, we get to transform the conversation about race. Together, we get to create the future. It is happening. It is happening right now.
Click here to see the players and coaches who will be honoring Jason St. Julien.
**Get involved:** www.denverkids.org

Courtesy photo



## 50 / 87



**Sunrise date:** February 6, 1992
**Sunset date:** November 11, 2018
**Hometown:** Chicago, IL by way of South Africa
**From Beatrice Goodman (Mother):** Jemel saved lives only to lose his. Jemel was always a hero even before the night he was killed. He was always trying to save someone. He always wanted to help. Jemel was a great son, brother, musician and friend. We hope that Jemel's story will inspire our nation to hold police departments accountable for their actions.
Click here to see the players and coaches who will be honoring Jemel Roberson.

Courtesy photo



### John Crawford III

**51 / 87**



**Sunrise date:** July 29, 1992
**Sunset date:** August 5, 2014
**Hometown:** Fairfield, OH
**From John Crawford Jr. (Father):** John Crawford, III., was a nonchalant, charismatic individual, who loved sports, music, history, and learning about the weather. John was an only child; he was very protective of his boys (John, IV and Jayden Crawford) and family. Moreover, I would like for my "Sun" (not misspelled) to be remembered as a loving Dad to his children and an upstanding human being, who was preparing himself for a bright and accomplished future filled with love and promise.
Click here to see the players and coaches who will be honoring John Crawford III.

Courtesy photo

46





**Sunrise date:** September 21, 1995

**Hometown:** Sandusky, OH

**From John Sanders:** What happened to me May 30th should never have happened to me or anyone. If I weren't there it wouldn't have happened but I wouldn't have been there if people of my skin weren't treated the way we are by our "neighbors" who are paid by the taxes taken out of my checks I work for. Through it all, it has shown me even through adversity keep fighting. I hope my story can help those also who have been maimed by law enforcement understand there are many of us in this country. I'm happy that my story and many others are getting reported, not for publicity but to open the eyes of those who are still somehow shut. Things need to change with the way law enforcement treats people and how America treats Black people in general. People should not fear the law while doing nothing illegal, and Black people should not fear living just for waking up with black skin again.

Watch: John Sanders as told by Cleveland Browns defensive end Myles Garrett.

Click here to see the players and coaches who will be honoring John Sanders.

Courtesy photo



Jonathan Sanders

## 54 / 87



**Sunrise date:** March 9, 1976

**Sunset date:** July 8, 2015

**Hometown:** Stonewall, MS

**From Frances Sanders (Mother):** My son, Jonathan Sanders, was a family man. He loved his family and friends. He also was an outdoor sportsman. He loved horses, dogs, and fishing. If he could help someone on his daily journey, that would be on the top of his agenda. Jonathan was choked for approximately 20 minutes by a white police officer on July 8, 2015 in Stonewall, MS. Until this day, I still haven't got justice. The night of his death, he was exercising his horse to enter in the Neshoba County Mississippi Fair. I would like my son to be remembered as a hero because he was always there for all his family and friends.

Click here to see the players and coaches who will be honoring Jonathan Sanders.

48



## 55 / 87



**Sunrise date:** February 16, 1995
**Sunset date:** November 23, 2012
**Hometown:** Jacksonville, FL
**From Lucy McBath (Mother):** I would like my Jordan to be remembered for the impact he has made on the lives of others. During his short life, he took great care to make sure that everybody was provided for, loved, and accepted. While he has left this world - his legacy of ensuring those around him are taken care of lives on.
Click here to see the players and coaches who will be honoring Jordan Davis.

Courtesy photo

49







**Sunrise date:** July 25, 1980
**Hometown:** Oklahoma City, OK
**From Julius Jones:** I have been in prison for over 20 years after being sentenced to death for a murder I did not commit. I spend 23 hours a day in solitary confinement. I have had moments of deep despair and hopelessness, but I have also been uplifted and inspired by the millions of people who have signed the petition for my release or taken the time to write to Oklahoma's Pardon and Parole Board and governor on my behalf. I pray every day that I will be given my freedom, be reunited with my family, and have an opportunity to speak out on behalf of other men and women who have been wrongfully convicted.

Click here to see the players and coaches who will be honoring Julius Jones.
**Get involved:** www.representjustice.org

Courtesy photo



Kalief Browder

## 58 / 87



**Sunrise date:** May 25, 1993
**Sunset date:** June 6, 2015
**Hometown:** Bronx, NY
**From Akeem Browder (Brother):** Kalief is a modern day prophet. Kalief was here for a short time but [His] message and story will save lots of others. Kalief should be remembered as a young man that stands against all odds in the pursuit of justice and equality.

Click here to see the players and coaches who will be honoring Kalief Browder.
**Get involved:** www.kaliefbrowderfoundation.com

Courtesy photo

51



**Sunrise date:** October 7, 1974

**From Kevin Richardson:** What I would like for people to know about what I endured was that I never gave up and stayed resilient through all the trials and tribulations. I didn't know what my calling was until I embraced my past and know it's helping me reshape my future. What I really hope for now more than ever is for everyone to go exercise their right to vote. This is crucial right now in this country... What I hope that the future beholds is accountability... That's raging from the criminal law system, our government, to righting the wrongs of people of color being dehumanized.

I have a scholarship in my name from Syracuse University called " OTHC " (Our time has come). The Kevin Richardson scholarship fund which helps young adults of color achieve their goals and prosper in life; whom might not have the financial means to do so. This is very dear to my heart because my scholarship will change the lives of the young generation.

**Get involved:** Syracuse University Office of Multicultural Advancement-Kevin Richardson Endowed Scholarship

Click here to see the players and coaches who will be honoring Kevin Richardson.



**INSPIRE CHANGE**

## Kenneth Clark Sr.

### 61 / 87

Click here to see the players and coaches who will be honoring Kenneth Clark Sr.

53



**62 / 87**



**Sunrise date:** May 27, 1994
**Sunset date:** September 5, 2015
**From Shanika Ruffin (Mom):** La'Vante loved his family and kids. His smile and laughter would brighten up a room. He was the comedian of the family and made sure everyone knew it. He was focused on becoming the man that his two kids would be proud of. The third love of his life was his motorcycle, that was the way he found peace.
Click here to see the players and coaches who will be honoring La'Vante Biggs.
**Get involved:** www.spirithouse-nc.org

Courtesy photo



**63 / 87**

Click here to see the players and coaches who will be honoring Lyric McHenry.



**64 / 87**



Click here to see the players and coaches who will be honoring Manuel Ellis.

**Marcus Malone**

**65 / 87**

Click here to see the players and coaches who will be honoring Marcus Malone.





**Sunrise date:** May 20, 1996
**Sunset date:** AUG 9 2014
**Hometown:** St. Louis, MO
**From Lezley McSpadden-Head (Mother):** Forever MY SON-SHINE, BIRTHER OF A MOVEMENT, LOVER OF LIFE, MAN CHILD OF PROMISE, MY FIRST BORN, MY FIRST SON, MY FIRST LOVE...MY SON SHINE MICHAEL(MIKEMIKE) ORLANDUS DARRION BROWN.
Click here to see the players and coaches who will be honoring Michael Brown.

Courtesy Photo



Miriam Carey

## 68 / 87

**Born:** August 12, 1979
**Died:** October 3, 2013
**Hometown:** Brooklyn, NY
**From Valarie Carey, Sister:** I would like the world to know that Miriam was a loving new mother. She loved her family, friends and most importantly was excited about being a new mom. She was a bright, beautiful ambitious human being with aspirations to excel beyond a Registered Dental Hygienist in her field of dentistry. Unfortunately Miriam's greatest potential will not be realized due to her life being cut prematurely and unjustifiably.
Click here to see the players and coaches who will be honoring Miriam Carey.

Courtesy photo

58



**69 / 87**



**Born:** February 27, 1986
**Died:** January 1, 2009
**Hometown:** Oakland, CA
**From Wanda Johnson, Mother:** Oscar was a loving father who cared deeply about others. He did not have to know you to help you. He would do whatever he could to help others.
Click here to see the players and coaches who will be honoring Oscar Grant.

Courtesy photo

59



Paul Monroe

**70 / 87**

Click here to see the players and coaches who will be honoring Paul Monroe.



Philando Castile

**71 / 87**

**Sunrise date:** July 16, 1983
**Sunset date:** July 6, 2016
**Hometown:** St. Louis, MO
**From Valerie Castile (Birth Mother):** I want people to remember Philando Castile as a man of integrity and honesty, for that he was murdered. Philando was A Pillar of the community. His murder was a great loss to all who knew him. Remember Mr. Phil as A Valued Servant, Mentor and Role Model to the students he served in St.Paul, MN public Schools from the age of 19 until he was denied his RIGHT TO LIVE. Remember Philando's Loving, Caring, and Generous Spirit. Philando Castile definitely defines "Anointed." Philando's life was that of Peace, Love, and Humility. His Spirit Lives on.
Click here to see the players and coaches who will be honoring Philando Castile.
**Watch:** Philando Castile as told by Texans' Michael Thomas.
**Get involved:** www.philandocastilefoundation.org

Courtesy photo



Raemond White

**72 / 87**

Click here to see the players and coaches who will be honoring Raemond White.



**INSPIRE CHANGE** NFL

Rayshard Brooks

## 73 / 87



**Sunrise date:** January 31, 1993
**Sunset date:** June 12, 2020
**From Tomika Miller (Wife):** Rayshard Brooks was a father of four children. He was also a husband and he always kept a smile on his face that made you wonder "why is he so happy?" That smile brought joy to many. He was working on becoming a better husband as well as a better man in his life. He was never the type of guy to give up on anything no matter what tried to come in between his family and his struggles with his past. He always kept a positive attitude and said that he would never give up. He loved nature and always believed that there was a higher power calling him to be great.
Click here to see the players and coaches who will be honoring Rayshard Brooks.

Courtesy photo

62



**Sunrise date:** April 2, 1965
**Sunset date:** June 17, 2012
**From Lora King (daughter):** I would like him to be remembered as being gentle giant, a loving and active father, a historical public figure who was not perfect but was willing to make a world impact to help change humanity for the good.
Click here to see the players and coaches who will be honoring Rodney King.

63



## Ronald Greene

### 75 / 87



**Sunrise date:** September 28, 1969
**Sunset date:** May 10, 2019
**Hometown:** Orlando, FL
**From Mona Hardin (Mother):** Ronnie's insurmountable love for family, friends & community was never ending!..He always gave back! As a talented barber, he gave free haircuts to kids beginning school. To anyone in need, he was there to cut hair or give food or the clothes off his back...There were no boundaries when it came to helping others. One of his finest features was his optimistic approach to life's challenges...One of his favorite quotes is.... "We Always Win".
Click here to see the players and coaches who will be honoring Ronald Greene.
**Get involved:** www.centralfloridahomeless.org

Courtesy photo

64



Sha-Asia Semple

## 76 / 87

Click here to see the players and coaches who will be honoring Sha-Asia Semple.



Shaheen Mackey

## 77 / 87



**Sunrise date:** August 22, 1976
**Sunset date:** June 8, 2018
**Hometown:** Berwick, PA
**From Rasheda Hammonds (Sister):** I would like my brother, Shaheen Mackey, to be remembered as the funny, loving person he was. From a child, singing and rapping became his passion. He loved to entertain and make people laugh. Shaheen was a loving son, brother, cousin, uncle, father and friend, and was always there if you needed him. He will truly be missed.
Click here to see the players and coaches who will be honoring Shaheen Mack.

Courtesy photo





## 78 / 87

**Sunrise date:** September 24, 1969
**Sunset date:** June 17, 2015
**Hometown:** Newark, NJ
**From Chris Singleton (Son):** Sharonda Coleman-Singleton was a God fearing woman who loved everyone she came into contact with. She was a provider, protector and mentor to her three children: Chris, Camryn and Caleb Singleton. Her humility and ability to make you feel safe around her was something that is missed every single day since she left this earth and went to heaven.
Click here to see the players and coaches who will be honoring Sharonda Coleman-Singleton.

Courtesy photo



## 79 / 87



**Sunrise date:** August 10, 1995
**Sunset date:** March 18, 2018
**Hometown:** Sacramento, CA
**From Sequette Clark (Mother):** I Am SAC. Stephon Alonzo Clark was a son, brother, father; a young man traumatically stolen from us by SacPD officers Terrance Mercadel and Jared Robinet who remain employed by the police department. It's a systemic slap in the face of justice for the city to pay my grandsons millions of dollars and keep the officers patrolling our city. We will never forget how Stephon was stolen from us. We will fight for justice and his legacy all the days of our lives. Say his name: STEPHON CLARK!!
Click here to see the players and coaches who will be honoring Stephon Clark.
**Get involved:** www.iamsacfoundation.com

Courtesy photo



Click here to see the players and coaches who will be honoring Taiesha Watkins.



**Sunrise date:** February 5, 1995
**Sunset date:** February 26, 2012
**Hometown:** Miami, FL
**From Sybrina Fulton (Mother):** I would like the world to know that Trayvon was an average teenager from an average family, that loved him very much. I would like for him to be remembered as a Beacon of Light for all young people to remember they have a right to walk in Peace, without being followed, chased, pursued and murdered by someone who is judging you, because of the color of their skin. #BlackLivesMatter
Click here to see the players and coaches who will be honoring Trayvon Martin.
**Get involved:** www.trayvonmartinfoundation.org

Courtesy photo



Tymar Crawford

## 82 / 87

**Sunrise date:** May 26, 1991
**Sunset date:** July 7, 2019
**Hometown:** Pensacola, FL
**From Kimberly Henderson (Fiance):** Tymar was a people person. He loved his family, his dog , and his community. Tymar fed homeless people and would pass out roses to all the women for Valentines Day and Mother's Day. He would even give a person the shirt off his back. Tymar even went to church every Sunday. We loved him and He loved us All. We miss him soo much but we still love him like he is with us.
Click here to see the players and coaches who will be honoring Tymar Crawford.
**Get involved:** dreamdefenders.org

Courtesy photo

69



## 83 / 87



**Sunrise date:** September 30, 1999
**Sunset date:** April 22, 2020
**Hometown:** Houston, TX
**From Mayra Guillen (Sister):** Vanessa is a warrior that didn't have to go to combat to save lives. She is the key instrument to save lives in the military that have suffered or are suffering from sexual harassment and or assault. Vanessa was the sweetest most loving person that loved playing soccer and helping those in need.
Click here to see the players and coaches who will be honoring Vanessa Guillén.

Courtesy photo



**84 / 87**



**Sunrise date:** February 9, 1965
**Sunset date:** April 4, 2015
**Hometown:** North Charleston, SC
**From Anthony Scott (Brother):** Walter had a personality that lit a room the size of Africa. His smile was infectious and if he smiled you did also. He loved life to the fullest. Walter was loved by his parents, brothers, and children. He left an everlasting memory on most of his friends because he always would have a scripture to live by from his church upbringing. From his sunset to now, he is loved and missed by all whom came in contact with this bigger than life Walter L. Scott.
Click here to see the players and coaches who will be honoring Walter Scott.
**Get involved:** www.fathertofatherinc.org

Courtesy photo



**85 / 87**



**Sunrise date:** February 28, 1997
**Sunset date:** April 22, 2015
**Hometown:** Portsmouth, VA
**From Earl Lewis Jr. (Cousin):** A fallen Angel who will always be loved and remembered.
Click here to see the players and coaches who will be honoring William L. Chapman II.
**Get involved:** www.ssbandgc.org

Courtesy photo



Click here to see the players and coaches who will be honoring Willie Sturgus Jr.



Inspire Change: Say Their Stories

**Sunrise date:** December 18, 1966
**Sunset date:** February 16, 2014
**Hometown:** Anderson, TX
**From Yvonne Williams (Twin Sister):** Yvette was a loving daughter, mother and sister. She was the favorite aunt. She was loved by friends and co-workers. Her life was too short. She has grandchildren she will never know but they will know her. We miss and love you forever. You will never be forgotten.
Click here to see the players and coaches who will be honoring Yvette Smith.

Courtesy photo



## Related



GALLERY
## 2021 NFL offseason workouts
Get a first look at NFL players in action during team offseason workouts.



**GALLERY**

## Best of Cowboys-Buccaneers through the years

The Dallas Cowboys and Tampa Bay Buccaneers will kick off the 2021 NFL season. Take a look at past matchups through the years!



**GALLERY**

## Best of NFL Kickoff Games

75

Each year, the NFL season kicks off with incredible matchups. Take a look at past NFL Kickoff Games!



**GALLERY**
## 2021 NFL Draft: Top 10



TEAMS ⌄

AFC NORTH

76









EXHIBIT D

← **Tweet**

🔍 Search Twitter



**NFL** ✓
@NFL

Say His Name: Dreasjon Reed
Dreasjon is one of the many individuals being honored by players and coaches this season through the NFL's helmet decal program.

#SayTheirStories: bit.ly/2GYTB7H

11:30 AM · Dec 16, 2020 · Socialbakers

**384** Retweets   **1,075** Quote Tweets   **1,003** Likes

💬   🔁   ♡   ⬆



**Relevant people**

**NFL** ✓
@NFL
Official Twitter acco
Football League.

**What's happening**

Politics · Yesterday
Senate Republicans set to b
creation of January 6
commission
Trending with #EndTheFilibuster

#Cruella
Cruella is "Dazzling." Experie
Event Now.
📣 Promoted by Cruella

⭕ BuzzFeed ✓ · Yesterday
Then Vs. Now Pics Of The
"Friends" Cast, From The F
Episode To The Reunion Sp

POPSUGAR ✓ · Yesterday
Lady Gaga Looked More Li
Phoebe Than Lisa Kudrow
Herself at the Friends Reun

Trending in United States
SolarWinds
5,727 Tweets

Show more

Terms of Service   Privacy Policy
Ads info   More ⋯   © 2021 Twit

https://twitter.com/nfl/status/1339246439063416833?lang=en

EXHIBIT E











**NFL**
December 16, 2020 ·

Say His Name: Dreasjon Reed
Dreasjon is one of the many individuals being honored by players and coaches this season through the NFL's helmet decal program.

#SayTheirStories: http://bit.ly/2GYTB7H

😂👍😠 10K                                                          11K Comments  2.7K Shares

👍 Like                    💬 Comment                    ↪ Share

Most Relevant ▼

Write a comment...