UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DE'JOURE MERCER,<br><br>    Plaintiff,<br><br>vs.<br><br>NFL ENTERPRISES LLC, a Delaware limited liability company,<br><br>    Defendant. | CASE NO. 1:21-cv-01713-JPH-MG |

**NOTICE OF INITIAL EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant, NFL Enterprises LLC ("NFL Enterprises"), by counsel, pursuant to S.D. Ind. L.R. 6-1(a), respectfully submits this Notice of Initial Extension of Time to Respond to Plaintiff's Complaint, and states the following in support:

1. On June 14, 2021, Plaintiff filed his Complaint.

2. On July 2, 2021, NFL Enterprises was served with a copy of the Complaint and Summons via certified mail.

3. Pursuant to Fed. R. Civ. P. 12(a)(1)(A), the deadline for NFL Enterprises to respond to Plaintiff's Complaint is July 26, 2021. Such time has not yet expired.

4. Pursuant to S.D. Ind. L.R. 6-1(a), NFL Enterprises gives notice of an automatic extension of 28 days to and including August 23, 2021, to answer, move or otherwise respond to the Complaint and affirms that:

    a. The deadline has not previously been extended;

    b. The extension is for 28 days;

    c. The extension does not interfere with any case management plan, scheduled hearings, or other case deadlines;

    d. The original deadline is July 26, 2021, and the extended deadline is August 23, 2021; and

    e. Guy Relford, counsel for Plaintiff, has agreed to the requested extension.

WHEREFORE, NFL Enterprises respectfully notifies the Court and Plaintiff that the deadline for NFL Enterprises to answer, move or otherwise respond to Plaintiff's Complaint is hereby automatically extended by twenty-eight (28) days, to and including August 23, 2021.

Respectfully submitted,

July 19, 2021  
Date

s/ *Andrew W. Hull*  
Andrew W. Hull (11218-49)  
Che'lee A. John (35024-06)  
HOOVER HULL TURNER LLP  
Attorneys at Law  
111 Monument Circle, Suite 4400  
P.O. Box 44989  
Indianapolis, IN  46244-0989  
Tel:  (317) 822-4400  
Fax:  (317) 822-0234  
awhull@hooverhullturner.com  
cjohn@hooverhullturner.com