UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DE'JOURE MERCER,<br><br>           Plaintiff,<br><br>v.<br><br>NFL ENTERPRISES LLC, a Delaware limited liability company,<br><br>           Defendant. | Case No. 1:21-cv-01713-JPH-MG |

**Notice of voluntary dismissal without prejudice pursuant Fed. R. Civ. P. 41(a)(1)(A)**

Comes the Plaintiff, De'Joure Mercer, pursuant to Fed. R. Civ. P. 41(a)(1)(A) and voluntarily dismisses his claims against the defendant without prejudice.

Dated: August 19, 2021

Respectfully submitted,

/s/ Todd V. McMurtry
Todd V. McMurtry
Admitted *Pro Hac Vice*
Hemmer DeFrank Wessels, PLLC
250 Grandview Drive, Suite 500
Ft. Mitchell, Kentucky 41017
Phone (859) 344-1188
Fax (859) 578-3869
tmcmurtry@hemmerlaw.com

Counsel for Plaintiff, De'Joure Mercer
Guy A. Relford
The Law Office of Guy A. Relford
1 South Rangeline Road
Suite 110
Carmel, IN  46032
Phone: (317) 844-4297
Fax:  (317) 703-3430
guy@relfordlaw.com

## **CERTIFICATE OF SERVICE**

      I certify that on August 19, 2021 a copy of the foregoing Notice was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Andrew W. Hull
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, Indiana 46244-0989
awhull@hooverhullturner.com

                                            /s/ Todd V. McMurtry